Jonathan B. Lee, Esq.
Nevada Bar No. 13524
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: Jlee@richardharrislaw.com
*Attorneys for Plaintiff Karley Sparks*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY BARRIOS, individually, KARLEY SPARKS, individually, | CASE NO. 2:23-cv-00013-CDS-BNW |
| Plaintiffs | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE THE CLAIMS OF PLAINTIFF KARLEY SPARKS** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOE STATE FARM EMPLOYEE, an individual; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants | |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE THE CLAIMS OF PLAINTIFF KARLEY SPARKS

Plaintiff Karley Sparks, by and through her attorney, Jonathan B. Lee, Esq. of Richard Harris Law Firm; and Defendant State Farm Mutual Automobile Insurance Company, by and through its attorney Jennifer A. Taylor, Esq. of the law firm Lewis Brisbois Bisgaard & Smith, LLP, hereby stipulate to dismiss, with prejudice, only the claims Plaintiff Karley Sparks has asserted in this lawsuit, with each party bearing their own costs and fees.

Dated this 20th day of September, 2023.

**RICHARD HARRIS LAW FIRM**

*/s/ Jonathan B. Lee*
_____
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
801 South Fourth Street
Las Vegas, NV 89101
*Attorney for Plaintiff Karely Sparks*

Dated this 20th day of September, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH**

*/s/ Jennifer A. Taylor*
_____
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Jennifer A. Taylor, Esq.
Nevada Bar No. 6141
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
Cristina D. Silva
United States District Judge

Dated: September 20, 2023

2