1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  JENNIFER A. TAYLOR
   Nevada Bar No. 6141
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   Telephone: (702) 893-3383
5  Fax: (702) 893-3789
   Robert.Freeman@lewisbrisbois.com
6  Jennifer.A.Taylor@lewisbrisbois.com
   *Attorneys for Defendant State Farm Mutual*
7  *Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| BRITTANY BARRIOS, individually, KARLEY SPARKS, individually, <br><br> Plaintiffs <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOE STATE FARM EMPLOYEE, an individual; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS 1-X, inclusive, <br><br> Defendants. | CASE NO.:2:23-cv-00013-CDS-BNW <br><br> **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

LEWIS BRISBOIS

131163828.1

IT IS HEREBY STIPULATED and AGREED between Plaintiff BRITTANY BARRIOS ("Plaintiff"), by and through her counsel, RICHARD HARRIS LAW FIRM, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this 5th day of January, 2024.  Dated this 1st day of December, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP        RICHARD HARRIS LAW FIRM

/s/ Jennifer A. Taylor                     /s/ Jonathan Lee
Robert W. Freeman, Esq.                    Jonathan B. Lee, Esq.
Nevada Bar No. 3062                        Nevada Bar No. 13524
Jennifer A. Taylor, Esq.                   801 South Fourth Street
Nevada Bar No. 6141                        Las Vegas, NV 89101
6385 S. Rainbow Boulevard, Suite 600       *Attorney for Plaintiffs*
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated: January 9, 2024